IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC MARITIME ASSOCIATION,<br><br>    Plaintiff,<br><br>  v.<br><br>INTERNATIONAL LONGSHORE &<br>WAREHOUSE UNION, LOCAL 10,<br><br>    Defendant.<br>                                         / | No. C 12-00228 WHA<br><br>**ORDER DENYING REQUEST<br>TO CONTINUE HEARING** |

      The parties have submitted a stipulated request to continue the hearing date on plaintiff's motion for order confirming and enforcing arbitration agreement. No reason is given for the requested continuance. The request to continue the hearing date is hereby **DENIED**.

      **IT IS SO ORDERED.**

Dated: February 7, 2012.

                                                    WILLIAM ALSUP<br>
                                                    UNITED STATES DISTRICT JUDGE