United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PACIFIC MARITIME ASSOCIATION,

        Plaintiff,

  v.

INTERNATIONAL LONGSHORE AND
WAREHOUSE UNION LOCAL 10,

        Defendant.

                          /

No. C 12-00228 WHA

**JUDGMENT**

      For the reasons stated in the accompanying order granting plaintiff's motion for enforcement of a labor arbitration award, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of plaintiff and against defendant.  The Clerk **SHALL CLOSE THE FILE**.

      **IT IS SO ORDERED.**

Dated:  March 6, 2012.

                                         
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE